

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00303-CV

| | | |
|---|---|---|
| James C. Thomason and Dorothy L. Lupton | § | From the 43rd District Court |
| v. | | |
| James E. Badgett and Darryl G. Pou; Larry Bradshaw and wife, Sharon Bradshaw; Tyler J. Child and wife, Bettina Child; Gary W. Elliott and wife, Lavada Elliott; Bryan G. Feille and wife, Laurie P. Feille; Bruce Fowler and wife, Annette Fowler; Donald M. Gummelt and wife, Constance Gummelt; Fred Haffner and wife, Linda Haffner; Michael R. Hale and wife, Lori Hale; Ray Hall, Jr. and wife, Kimberly Hall; Donald Mahanay and wife, Christy Mahanay; Michael R. Noah and wife, Peggy Noah; Vincent C. Sanchez and wife, Gloria M. Sanchez; Larry J. Sharp and wife, Jacqueline Sharp | §<br><br>§<br><br><br><br><br><br>§<br><br><br><br><br><br><br><br>§ | of Parker County (CV12-0790)<br><br><br><br><br><br>July 11, 2013<br><br><br><br><br><br><br><br>Opinion by Justice Gabriel |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants James C. Thomason and Dorothy L. Lupton shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel